**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

FEB 21 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   17-30260 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00052-TOR |
| v. | |
| MAURICIO AGUILAR-ROBLERO, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, Chief Judge, Presiding

Submitted February 19, 2019[**]

Before:     FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

Mauricio Aguilar-Roblero appeals from the district court's judgment and

challenges his guilty-plea conviction and 135-month sentence for possession with

intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and

(b)(1)(A)(viii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Aguilar-

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Roblero's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Aguilar-Roblero has filed a pro se supplemental brief. No answering brief has been filed.

Aguilar-Roblero waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.** We treat Aguilar-Roblero's pro se submissions, Docket Entry Nos. 14 and 21, as motions for appointment of new counsel and **DENY** the motions.

**DISMISSED.**